

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
APR 22 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AAMCO Transmissions, Inc.

v.

Kevin M. Boone and
Robert S. Bernardi

Civil Action No: __13    2140__

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, AAMCO Transmissions, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc.

4/17/13
Date

Signature

Counsel for: AAMCO Transmissions, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
         (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

         (2)   states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
         (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
         (2)   promptly file a supplemental statement if any required information changes.